IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 00-220
)
SHAWN P. DAVENPORT )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __1st__ day of __December__, _2006_, the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Ave., Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:   W. Penn Hackney

PA Attorney ID #   29671

s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
United States Senior District Judge