# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

December 6, 2006

Dennis P. Kissane, AUSA

W. Penn Hackney, AFPD

Shawn P. Davenport c/o W. Penn Hackney, AFPD

Probation Office

U.S. Marshal

    Re:    United States of America v. Shawn P. Davenport
                Criminal No. 00-203 and Criminal No. 00-220

Dear Counsel:

    Please be advised that a Supervised Release Hearing is scheduled in the above captioned matters for Tuesday, December 19, 2006 at 12:00 p.m. before Judge Maurice B. Cohill in Courtroom 8A, 8th Floor, U.S.P.O. & Courthouse, Pittsburgh, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

John Galovich, Deputy Clerk
to Judge Maurice B. Cohill, Jr.