# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

December 11, 2006

Dennis P. Kissane, AUSA

W. Penn Hackney, AFPD

Shawn P. Davenport c/o W. Penn Hackney, AFPD

Probation Office

U.S. Marshal

    Re:    United States of America v. Shawn P. Davenport
                Criminal No. 00-203 and Criminal No. 00-220

Dear Counsel:

    Please be advised that the Supervised Release Hearing scheduled in the above captioned matters for Tuesday, December 19, 2006 at 12:00 p.m. have been **RE-SCHEDULED** for Wednesday, January 17, 2007 at 11:00 a.m. before Judge Maurice B. Cohill in Courtroom 8A, 8th Floor, U.S.P.O. & Courthouse, Pittsburgh, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

*[signature]*

John Galovich, Deputy Clerk
to Judge Maurice B. Cohill, Jr.