# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America         )
                                 )
                                 )
                                 )
          vs.                    )     CR 00-203
Shawn Davenport                  )     CR 00-220
                                 )
                                 )
                                 )
          Defendants             )

HEARING ON _Petition for Supervised Release Violation_

Before _Hon. Maurice B. Cohill, Jr._

_Dennis Kissane, AUSA_            _Penn Hackney, AFPD_

Appear for Plaintiff              Appear for Defendant

Hearing Begun _11:15 a.m. 1-17-07_    Hrg Adjourned to

Hrg concluded C.A.V. _11:45 a.m. 1-17-07_    Stenographer _Rick Ford_

### WITNESSES
For Plaintiff                      For Defendant

Parties stipulate to violations of Supervised Release and to revocation of Supervised release, as well as 3 mos. imprisonment. Guidelines Computation: Grade C violation, crim. hist. I, 3-9 months imprisonment.

Ruling: defendant's term of Supervised release revoked, 3 months imprisonment at each of crim. No. 00-203 and 00-220, to be served concurrently, followed by S.R. of 57 months at each crim no., to be served concurrently. Original Special Conditions imposed 6-12-01 re-imposed. Court will recommend placement in Erie County Prison. New J&C to reflect incarceration (federal arrest warrant date in these revocation proceedings) was 11-28-06. Order to be entered.