AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Supervised Release) |
| SHAWN P. DAVENPORT | Case Number: CR NO. 00-00220-001 |
| | USM Number: 06998-068 |
| | W. Penn Hackney, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __See violations listed on Page 2__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | SEE VIOLATIONS LISTED ON PAGE 2 | |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: N/A

Defendant's Date of Birth: N/A

Defendant's Residence Address:
N/A

Defendant's Mailing Address:
N/A

January 17, 2007
Date of Imposition of Judgment

/s/ Maurice B. Cohill, Jr.
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

January 29, 2007
Date

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT:      SHAWN P. DAVENPORT
CASE NUMBER:    CR NO. 00-00220-001

Judgment—Page __2__ of __5__

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition | Violation of condition that the defendant shall not leave the judicial district without permission of the Court or the probation officer. | 11/6/2006 |
| Standard Condition | Violation of condition that the defendant shall notify the probation officer ten days prior to any change in residence or employment. | 11/6/2006 |
| Standard Condition | Violation of condition that the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 11/6/2006 |
| Special Condition | Violation of condition that the defendant shall pay the remaining balance of restitution through monthly installments of at least 10% of his gross monthly income | 11/6/2006 |

| DEFENDANT: | SHAWN P. DAVENPORT | Judgment — Page 3 of 5 |
|---|---|---|
| CASE NUMBER: | CR NO. 00-00220-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : three (3) months at each of Criminal No. 00-203 and Criminal No. 00-220, said terms to be served concurrently. The Court notes that the defendant's incarceration commenced (resulting from arrest on federal warrant pertaining to revocation proceedings) 11/28/06.

X    The court makes the following recommendations to the Bureau of Prisons:
*This defendant should be assigned to Erie County Prison*

*Maurice B. Cohill Jr.*
*Judge*

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | | Judgment—Page 4 of 5 |
|---|---|---|
| DEFENDANT: | SHAWN P. DAVENPORT | |
| CASE NUMBER: | CR NO. 00-00220-001 | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
fifty-seven (57) months at each of Criminal No. 00-203 and Criminal No. 00-220, said terms to be served concurrenty.

XX  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

XX  The defendant shall not commit another federal, state or local crime.

XX  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 3C — Supervised Release

Judgment—Page  5  of  5

DEFENDANT:        SHAWN P. DAVENPORT
CASE NUMBER:   CR NO. 00-00220-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be prohibited from possessing a firearm or destructive device.

The defendant shall not illegally possess a controlled substance.

The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is release from the program by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual costs. The defendant shall submit to one drug text within 15 days of placement on supervision and at least two periodic drug tests thereafter.

The defendant shall pay the remaining balance of restitution through monthly installments of at least 10% of his gross monthly income. (Restitution in the amount of $280,000.00 was ordered in Judgment dated 6/12/2001. See said Judgment for details.)

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer.