AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN       District of       PENNSYLVANIA

UNITED STATES OF AMERICA

V.

SHAWN P. DAVENPORT

## BENCH WARRANT FOR ARREST

Case Number:   2:00-CR-220

To: The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       SHAWN P. DAVENPORT

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    X   Probation Violation Petition

charging him or her with      (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _

ALLEGED VIOLATION(S) OF SUPERVISED RELEASE

RECEIVED

| J. Perch | | Docket Clerk |
| Name of Issuing Officer | | Title of Issuing Officer |

SEP - 4 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

August 12, 2008
Date and Location

Signature of Issuing Officer

Bail fixed at $   $10,000.00 OR       by       Judge Maurice B. Cohill

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

Shawn Davenport

| DATE RECEIVED 8/12/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/2/08 | STEPHEN C. BARNES DUSM | |