# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America               )
                                       )
                                       )
                           Plaintiff   )        No.    00-220 Pittsburgh
            vs.                        )               CR 00-203 Pittsburgh
Shawn Davenport                        )
                                       )
                                       )
                           Defendant   )

HEARING ON  September 8, 2008  Initial Appearance - Sup. Release

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Christine A. Sanner, Esq., AUSA             Thomas W. Patton, Esq., Federal P.D.
Marshall Piccinini
_____ Appear for Plaintiff _____    _____ Appear for Defendant _____

Hearing Begun  1:35 pm                       Hearing Adjourned to

Hearing concluded C.A.V.                     Stenographer  Ron Bench
                                             CD:            Index:

                          WITNESSES
       For Plaintiff                              For Defendant

O.R. Bond set at $10,000 in each case. Defendant advised that he is to comply with the conditions of supervised release. Hearing before Judge Cohill on October 15, 2008 at 1:30 pm